IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:
JOSEPH W. DIEKEMPER
and MARGARET A. DIEKEMPER

Debtors/Appellants,

v.

ROBERT EGGMANN                                          BK NO. 04-32094

Respondent.                                             No. 12-1219-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management.  Upon review, it appears that this case involves matters closely related to *Eggmann v. Myers*, 08-0757-JPG, previously assigned to District Judge J. Phil Gilbert.  Accordingly, to preserve judicial economy, the undersigned hereby **TRANSFERS** this matter to Judge Gilbert for all further proceedings.  All further documents shall bear case number 12-1219-JPG.

**IT IS SO ORDERED.**

Signed this 13th day of December, 2012.

Digitally signed by
David R. Herndon
Date: 2012.12.13
09:21:58 -06'00'

**Chief Judge**
**United States District Court**