IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH W. DIEKEMPER,

    Appellant,

vs.

ROBERT EGGMAN, *Trustee*,

    Respondent.

Case No. 12-cv-1219-JPG
Appeal from Bankr. Case No. 04-32094

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the Bankruptcy Court's November 20, 2012, Order is **AFFIRMED**.

**DATED:** April 1, 2013

**NANCY J. ROSENSTENGEL, CLERK**

s/*Brenda K. Lowe*__**, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**